# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and MELANIE DAVIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARY LOU PETERSON, in her individual capacity and in her capacity as the trustee of the Mary Lou Peterson/Trust.<br><br>*Defendant*. | Case No. 0:14-cv-03348 (RHK/LIB) |

## NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that on December 4, 2014, at 8:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Disability Support Alliance and Melanie Davis will move this Court, before the Honorable Richard H. Kyle, Courtroom 7A, United States Courthouse, 772 Federal Building, 316 N. Robert Street, St. Paul, MN 55101, for an Order granting summary judgment on Counts I and II of Plaintiffs' Complaint.

| | |
|---|---|
| DATED: September 29, 2014 | /s/ Paul Hansmeier |
| | Paul R. Hansmeier (MN Bar # 387795) |
| | CLASS JUSTICE PLLC |
| | 100 South Fifth Street, Suite 1900 |
| | Minneapolis, MN 55402 |
| | E-mail: mail@classjustice.org |
| | Tel: (612) 326-9801 |

*Attorneys for Plaintiffs Disability Support Alliance and Melanie Davis*